# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MARLON WASHINGTON

VERSUS

SERGEANT TERRY LEE WILSON;
AND STATE OF LOUISIANA
THROUGH LOUISIANA DEPARTMENT
OF PUBLIC SAFETY AND
CORRECTIONS, LOUISIANA STATE
PENITENTIARY

CONSOLIDATED WITH

WENDELL MARTIN

VERSUS

SERGEANT TERRY LEE WILSON;
AND STATE OF LOUISIANA
THROUGH LOUISIANA DEPARTMENT
OF PUBLIC SAFETY AND
CORRECTIONS, LOUISIANA STATE
PRISON

NO.   2021 CW 0641

**AUGUST 16, 2021**

---

In Re:   Marlon Washington and Wendell Martin, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 23655 c/w 23750.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED.** We find no manifest error in the factual findings of the district court.  Further, based on the district court's finding that defendants' procedure was inadequate, we find that plaintiffs, Marlon Washington and Wendell Martin, have exhausted their administrative remedy procedures and remand is unnecessary. See **Collins v. Vanny**, 2014-0675 (La. App. 1st Cir. 1/15/15), 169 So.3d 405, 407.  Accordingly, the district court's April 22, 2020 [sic] judgment granting the exception of prematurity filed by defendants, Sergeant Terry Lee Wilson and State of Louisiana through Louisiana Department of Public Safety and Corrections, Louisiana State Penitentiary, dismissing this matter, and remanding it to Louisiana State Penitentiary is reversed, and the exception of prematurity is denied.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT